Kelsey E. Stegall, Esq.
Nevada Bar No. 14279
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4770
Telephone:  702.862.8800
Facsimile:   702.862.8811
kstegall@littler.com

Attorneys for Defendant
MOVEDOCS.COM LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARRAH GLIDEWELL, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>MOVEDOCS.COM LLC a Nevada limited liability company,<br><br>        Defendant. | Case No. 2:26-cv-00104-MMD-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT FOR DAMAGES** |

Plaintiff AARAH GLIDEWELL ("Plaintiff") by and through her attorneys of record, Jemma E. Dunn, Esq., Matthew T. Hale, Esq., and Philip A. Horlacher, Esq., of Greenberg Gross, LLP; and Defendant MOVEDOCS.COM LLC ("Defendant"), by and through its attorney of record, Kelsey E. Stegall, Esq., of Littler Mendelson, P.C., hereby stipulate to extend the time for Defendant to file a responsive pleading to Plaintiff's Complaint up to and including **May 22, 2026.**

This extension is necessary because Defense counsel was just recently retained, and this additional time would provide adequate time for Defense counsel to become familiar with the allegations in the Complaint and to prepare a responsive pleading.

/ / /

/ / /

/ / /

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated: April 23, 2026

GREENBERG GROSS LLP


/s/ Philip A. Horlacher_____
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Philip A. Horlacher, Esq.

Attorneys for Plaintiff
ARRAH GLIDEWELL

Dated:  April 23, 2026

LITTLER MENDELSON, P.C.

_____
Kelsey E. Stegall, Esq.

Attorney for Defendant
MOVEDOCS.COM LLC


**IT IS SO ORDERED.**

Dated: April 23, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

2